UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**MICHAEL JOSEPH ROTONDO,**

                        **Plaintiff,**                  5:17-cv-1065
                                                                             (GLS/DEP)

                           **v.**

**THE STATE OF NEW YORK,**

                        **Defendant.**
_____

**APPEARANCES:**                          **OF COUNSEL:**

**FOR PLAINTIFF:**
Michael Joseph Rotondo
Pro Se
408 Weatheridge Dr.
Camillus, NY 13031

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

The above-captioned matter comes to this court following an Order, Report, and Recommendation (R&R) by Magistrate Judge David E. Peebles, duly filed on October 31, 2017.  (Dkt. No. 5.)  Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

Plaintiff *pro se* Michael Joseph Rotondo has filed a document labeled "Objections to the Report-Recommendation," which consists of a single sentence wherein he summarily "respectfully reasserts the merit of his allegations." (Dkt. No. 6.) Because Rotondo's objections are general and conclusory, the court will review the R&R for clear error only. *See Almonte v. N.Y.S. Div. of Parole*, No. Civ. 904CV484, 2006 WL 149049, at *5-*6 (N.D.N.Y. Jan. 18, 2006). After careful consideration, the court finds no clear error and adopts the R&R in its entirety.

Accordingly, it is hereby

**ORDERED** that the Order, Report, and Recommendation (Dkt. No. 5) is **ADOPTED** in its entirety; and it is further

**ORDERED** that Rotondo's complaint (Dkt. No. 1) is **DISMISSED** without leave to amend; and it is further

**ORDERED** that Rotonodo's letter motion seeking to expedite review of this matter (Dkt. No. 4) is **DENIED** as moot; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

November 9, 2017
Albany, New York

_____
Gary L. Sharpe
U.S. District Judge

3